IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| TONIKA WINFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.** 4:20-CV-00440-GAF |
| | ) | |
| v. | ) | |
| | ) | |
| NPC INTERNATIONAL, INC., d/b/a, | ) | |
| WENDY'S OLD FASHIONED | ) | |
| HAMBURGERS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff Tonika Winfield, by and through under signed counsel, and dismisses this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Robert A. Bruce*
Daniel L. Doyle, MO Bar No. 37305
Robert A. Bruce, MO Bar No. 69985
DOYLE & ASSOCIATES LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: (913) 371-1930
Facsimile: (913) 371-0147
d.doyle@ddoylelaw.com
r.bruce@ddoylelaw.com
ATTORNEYS FOR PLAINTIFF